ACUMED LLC, Plaintiff–Appellant,

v.

STRYKER CORPORATION, Stryker Sales Corporation, Stryker Orthopaedics, and Howmedica Osteonics Corporation, Defendants–Appellees.

No. 2007–1004.

United States Court of Appeals, Federal Circuit.

June 12, 2007.

Before GAJARSA, LINN and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

Mark A. FREEMAN and Timothy K. Stringer, Plaintiffs–Appellants,

v.

GERBER PRODUCTS COMPANY, Defendant–Appellee.

No. 2007–1301.

United States Court of Appeals, Federal Circuit.

June 13, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).